**FILED**
Vanessa L Armstrong, Clerk
Sep 25 2020
U.S. District Court
Western District of Kentucky

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Manuel Martin Salazarleija, Jr.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No.   3:20MJ-634 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __25 September 2020__ in the county of __Jefferson__ in the
__Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 39A | Aiming a laser pointer at an Aircraft |

This criminal complaint is based on these facts:
See attached sheet.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

C.J. Freihofer Special Agent, FBI
*Printed name and title*

_____
Colin H Lindsay, Magistrate Judge
United States District Court
*Judge's signature*

Sworn to before me and signed in my presence.

Date: 09/25/2020

City and state: Louisville, Kentucky      Colin H. Lindsay, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, C. J. Freihofer, being duly sworn under oath, state as follows:

1. I am a law enforcement officer of the United States within the meaning of Section 2501(7) of Title 18, that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I am also a "Federal Law Enforcement Officer" within the meaning of Rule 41(a)(2)(c) of the Federal Rules of Criminal Procedure.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been employed as a Special Agent for approximately 31 years. I am currently assigned to the Louisville Field Office in Louisville, Kentucky of the FBI, and am assigned to investigate a wide range of criminal violations. I have received training from the FBI Academy in Quantico, Virginia, which covered a variety of investigative techniques including interviewing, report writing, and an overview of legal statutes and criminal laws.

3. This affidavit contains information necessary to support probable cause for the Criminal Complaint. This affidavit is not intended to include each and every fact and matter observed by me or known by the government. The facts and information contained in this affidavit are based upon my personal observations, investigations, and that of other law enforcement officers, which was conveyed to me.

4. This affidavit is submitted in support of a Criminal Complaint charging Manuel Martin Salazarleija Jr ("Salazarleija") with aiming a laser at an Aircraft in violation of 18 U.S.C § 39A. 18 U.S.C. 39A states, "[w]hoever knowingly aims the beam of a laser pointer at an aircraft

in the special aircraft jurisdiction of the United States, or at the flight path of such an aircraft, shall be fined under this title or imprisoned not more than 5 years, or both." A laser pointer is defined as a "device designed or used to amplify electromagnetic radiation by stimulated emission that emits a beam designed to be used by the operator as a pointer or highlighter to indicate, mark, or identify a specific position, place, item, or object." See 18 U.S.C. 39A(b).

5. On or about September 25, 2020, a Louisville Metro Police Department (LMPD) helicopter was performing surveillance of a vehicle fleeing the scene of a Walgreens burglary in Louisville, Kentucky. While conducting surveillance, at approximately 12:15 am, the two Law Enforcement Officers piloting the helicopter were temporarily blinded by a laser being pointed directly at the helicopter. Following the temporary blindness from the beam of the laser pointer, the two Law Enforcement Officers, M.S. and B. A., immediately encountered headaches that impaired their abilities to safely pilot the helicopter.

6. B.A. marked the location of the occurrence on the Churchill Mapping System (CMS) in the helicopter. The CMS provided approximate Global Positioning System (GPS) coordinates and address which was 1002 Barret Avenue, Louisville, Kentucky. The location was relayed to law enforcement officers on the ground.

7. Special Agents with the FBI were able to determine the exact location of the occurrence while on the ground. Salazarleija was located on the ground within a residence located at 1226 East Kentucky Street, Louisville, Kentucky. Special Agents with the FBI interviewed Salazarleija regarding the incident. Salazarleija admitted to intentionally aiming the beam of the laser pointer at the LMPD helicopter, while the aircraft was in flight within the special aircraft jurisdiction of the United States.

8. Salazarleija further admitted to dismantling the laser pointer and hiding it in a crawl space within his bedroom. Salazarleija shined the laser from his bedroom window located on the third floor of 1226 East Kentucky Street, Louisville, KY. The building at the corner of Barret Avenue and East Kentucky Street house both 1226 East Kentucky Street location and 1002 Barret Avenue location.

9. Salazarleijar advised he was trying to disrupt the helicopter that he assumed was surveilling the protests in Louisville, Kentucky.

10. Helicopters operated by other law enforcement agencies and news station WLKY also reported being targeted by laser pointer beams while in flight over this area.

11. Based on the foregoing, I believe that probable cause exists to believe that on September 25, 2020, in the Western District of Kentucky, Manuel Martin Salazarleija Jr., did knowingly aim the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States, in violation of Title 18, United States Code, Section 39A. I request that this Court issue an arrest warrant for Manuel Martin Salazarleija Jr.

Further your affiant sayeth not.

_____
C. J. Freihofer
Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me by reliable means pursuant to Fed. R. Crim. P. 41(d)(3) on this 25th day of September, 2020.

Colin H Lindsay, Magistrate Judge
United States District Court